FRIEDMAN, JAMES & BUCHSBAUM LLP
Andrew V. Buchsbaum (AB-6475)
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY   10038
telephone: (212) 233-9385
facsimile: (212) 619-2340

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PEDRO DIMAREN,                                           08 Civ. 4495 (DC)
                                   :
                   Plaintiff,                            **NOTICE OF APPEARANCE**
                                   :
         -against-
                                   :
DEEP SEA CHARTERS, INC.
                                   :
                   Defendant.      :
-------------------------------------------------------x

**PLEASE TAKE NOTICE:**

   The undersigned, a member of the bar of this Honorable Court, shall be appearing as counsel for plaintiff PEDRO DIMAREN all purposes in this matter and hereby requests that copies of all future filings or other information related to this action be provided to the undersigned at the below address.

Dated:  June 3, 2008

              /s/ Andrew V. Buchsbaum
              Andrew V. Buchsbaum (AB-6475)
              Friedman, James & Buchsbaum LLP
              Attorneys for Plaintiff
              132 Nassau Street, Suite 900
              New York, NY   10038
              telephone: (212) 233-9385
              telecopier: (212) 619-2340
              abuchsbaum@friedmanjames.com

TO:    Badiak & Will, LLP
        Attorneys for Defendant
        106 Third Street
        Mineola, NY   11501-4404
        (516) 877-2225

        Court via ECF