JUN-03-2008 TUE 09:34 AM BADIAK WILL AND RUDDY    FAX NO. 12123766778    P. 01
06/02/2008  19:09                                  (FAX)12126192340     P.003/003

# MEMO ENDORSED

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/4/08

FRIEDMAN, JAMES & BUCHSBAUM LLP
Andrew V. Buchsbaum (AB-6475)
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY  10038
telephone: (212) 233-9385
facsimile: (212) 619-2340

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
PEDRO DIMAREN,

               Plaintiff,

    -against-

DEEP SEA CHARTERS, INC.

              Defendant.
------------------------------------------------x

08 Civ. 4495 (DC)

**STIPULATION & ORDER
OF REMAND TO
SUPREME COURT, BRONX COUNTY**

      IT IS HEREBY STIPULATED AND AGREED by and among counsel for all parties hereto that pursuant to 28 U.S.C. § 1447(c), the within matter be and the same hereby is remanded to Supreme Court, Bronx County, to proceed as previously filed Index Number 302065/08, and the Clerk is directed to take all appropriate steps to effect this remand, including mailing a certified copy of this Order of remand to the Clerk, Supreme Court, Bronx County and thereafter closing this case.

Dated: June 2, 2008

FRIEDMAN, JAMES & BUCHSBAUM
Attorneys for Plaintiff

By: Andrew V. Buchsbaum (AB-6475)
132 Nassau Street, Suite 900
New York, NY  10038
telephone: (212) 233-9385
telecopier: (212) 619-2340
abuchsbaum@friedmanjames.com

BADIAK & WILL, LLP
Attorneys for Defendant

By: Alfred J. Will (AW-2485)
106 Third Street
Mineola, NY  11501-4404
Telephone: (516) 877-2225

SO ORDERED:

Denny Chin
USDJ
6/4/08